**IN THE UNITED STATES BANKRUPTCY COURT**
**Middle District of Tennessee**

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 3:12-bk-06777 |
| RAYMOND ALEXANDER MAYFIELD } | Chapter 13 |
| SSN: xxx-xx-9458 } | Judge Lundin |
| SANDRA LAVERNE MAYFIELD } | |
| SSN: xxx-xx-6288 } | |
| 957 COBURN RD } | |
| Clarksville TN 37042 } | |
| Debtors } | |

<u>THE DEADLINE FOR FILING A TIMELY RESPONSE IS</u>:       7/17/2015
<u>IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE</u>:   7/29/2015
at 8:30 A.M. in Court Room One, Second Floor, Customs House, 701 Broadway, Nashville TN

## OBJECTION TO CLAIMS

YOUR RIGHTS MAY BE AFFECTED. If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date indicated above], you or your attorney must:

1. File with the court your response or objection explaining your position. PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

3. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding as indicated above.

4. You must serve your response or objection by electronic service through the Electronic Filing system described above. You must also mail a copy of your response or objection to DAVID F. CANNON, ATTORNEY AT LAW, 346 21st AVE N, NASHVILLE ,TN 37203.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. *THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.* You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 3:12-bk-06777 |
| RAYMOND ALEXANDER MAYFIELD } | Chapter 13 |
| SSN: xxx-xx-9458 } | Judge Lundin |
| SANDRA LAVERNE MAYFIELD } | |
| SSN: xxx-xx-6288 } | |
| 957 COBURN RD } | |
| Clarksville TN 37042 } | |
| Debtors } | |

OBJECTION TO CLAIMS

Debtors object to the claims filed by Capital Recovery Group, LLC, as agent for Insolve Recovery, LLC, designated on the Court's claims register as claims #21, #22, and #23. In support thereof the debtors would state as follows:

1. Debtors move the Court for an accounting for the claims #21, #22, and #23 filed by Capital Recovery Group, LLC detailing the principle, interest, fees, expenses, and other charges of creditor's claim as required by Rule 300l(c)(3)(A) of the FRBP.
2. The debtors move the Court to disallow the claims of Capital Recovery Group, LLC.
3. The debtors move that all funds that were sent to Capital Recovery Group, LLC by the Chapter 13 Trustee be returned to the Chapter 13 Trustee within 10 days of an Order.

As a result, debtors request that Capital Recovery Group, LLC reimburse the debtors' for attorney's fees, costs and expenses incurred in filing this Objection.

"I hereby declare, under penalty of perjury, that the information contained in this Objection to Claims is true and correct."

*/s/Raymond Mayfield*  /s/Sandra Mayfield*
RAYMOND MAYFIELD   SANDRA MAYFIELD

Respectfully submitted,

*/s/ David F Cannon*
David F. Cannon
Attorney for Debtor
346 21st Ave North
Nashville, TN 37203
(p) 615-321-8787
(f) 615-620-7340
dcannon@davidcannon.net

## CERTIFICATE OF SERVICE

      I hereby certify that a true and exact copy of debtor's OBJECTION TO CLAIMS was sent via CMECF to the Chapter 13 and US Trustee and mailed First Class U.S. Mail prepaid to Capital Recovery Group, LLC and Resurgent Capital Services as follows on 6/17/2015:

Insolve Recovery, LLC  
c/o Capital Recovery Group, LLC  
Dept 3203  
P O Box 123203  
Dallas, TX 75312

                                      */S/ David F Cannon*

IN THE UNITED STATES BANKRUPTCY COURT
Middle District of Tennessee

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 3:12-bk-06777 |
| RAYMOND ALEXANDER MAYFIELD } | Chapter 13 |
| SSN: xxx-xx-9458 } | Judge Lundin |
| SANDRA LAVERNE MAYFIELD } | |
| SSN: xxx-xx-6288 } | |
| 957 COBURN RD } | |
| Clarksville TN 37042 } | |
| Debtors } | |

## ORDER DISALLOWING CLAIMS

Debtors objected to the claims filed by Capital Recovery Group, LLC designated as claims #21, #22, #23 and claim #25 filed by Merrick Bank. No response to the Motion received within the time specified in the Motion, and for the good cause shown therein, IT IS ORDERED that;

Capital Recovery Group, LLC's claims #21, #22, #23 shall be disallowed.

IT IS FURTHERED ORDERED that;

Capital Recovery Group, LLC shall reimburse the debtors for attorney's fees, costs and expenses incurred in filing this Objection.

IT IS FURTHERED ORDERED that;

All funds were sent to Capital Recovery Group, LLC by the Chapter 13 Trustee be returned to the Chapter 13 Trustee within 10 days of this signed Order.

**IT IS SO ORDERED.**

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:

PROPOSED
David F. Cannon
346 21st Ave North
Nashville, TN 37203
(p) 615-321-8787
(f) 615-620-7340
dcannon@davidcannon.net