
**Keith M. Lundin**
U.S. Bankruptcy Judge
Dated: 7/21/2015



# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Tennessee

| | |
|---|---|
| In the Matter of: } | |
| } | Case No. 3:12-bk-06777 |
| RAYMOND ALEXANDER MAYFIELD } | Chapter 13 |
| SSN: xxx-xx-9458 } | Judge Lundin |
| SANDRA LAVERNE MAYFIELD } | |
| SSN: xxx-xx-6288 } | |
| 957 COBURN RD } | |
| Clarksville TN 37042 } | |
| Debtors } | |

## ORDER DISALLOWING CLAIMS

Debtors objected to the claims filed by Capital Recovery Group, LLC designated as claims #21, #22, #23 and claim #25. No response to the Motion received within the time specified in the Motion, and for the good cause shown therein, IT IS ORDERED that;

Capital Recovery Group, LLC's claims #21, #22, #23 shall be disallowed.

IT IS FURTHERED ORDERED that;

Capital Recovery Group, LLC shall reimburse the debtors for attorney's fees, costs and expenses incurred in filing this Objection.

IT IS FURTHERED ORDERED that;

All funds were sent to Capital Recovery Group, LLC by the Chapter 13 Trustee be returned to the Chapter 13 Trustee within 10 days of this signed Order.

**IT IS SO ORDERED.**

*This order was signed and entered electronically as indicated at the top of the first page.*

APPROVED FOR ENTRY:
*/s/ DAVID F CANNON*
David F. Cannon
346 21st Ave North
Nashville, TN 37203
(p) 615-321-8787 (f) 615-620-7340
dcannon@davidcannon.net

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.